**Fill in this information to identify the case:**

Debtor name  **Nelson Dermatology, PLLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **17-11536-BFK**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 1, 2017**  X **/s/ Dr. Jennell E. Nelson**
Signature of individual signing on behalf of debtor

**Dr. Jennell E. Nelson**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelson Dermatology, PLLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **17-11536-BFK**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $         **281,949.41**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $         **281,949.41**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $         **0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $         **68,161.79**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$         **332,232.48**

4.  Total liabilities ........................................................................................
    Lines 2 + 3a + 3b                                                                              $         **400,394.27**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Nelson Dermatology, PLLC** |
| United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA |
| Case number (if known)   **17-11536-BFK** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. **Cash on hand** | | **$200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Everbank** | **Checking** | 7896 | $3,377.00 |
| 3.2. | **Industrial Bank** | **Checking** | 5238 | $500.00 |
| 3.3. | **PNC** | **Checking** | 1728 | $23.37 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
|---|
| **$4,100.37** |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | Case number *(If known)* **17-11536-BFK** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.1. | **AthenaHealth, Inc.** | $2,450.00 |

| | | |
|---|---|---|
| 7.2. | **Sudley North, LLC (Security Deposit for Rent)** | $6,159.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $8,609.00 |
|---|

**Part 3:**   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **44,431.73** | - | **0.00** | = .... | **$44,431.73** |
| 11a. 90 days old or less: | **36,928.31** | - | **0.00** | = .... | **$36,928.31** |
| 11b. Over 90 days old: | **2,714.10** | - | **2,714.10** | = .... | **$0.00** |
| 11b. Over 90 days old: | **9,926.85** | - | **9,926.85** | = .... | **$0.00** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $81,360.04 |
|---|

**Part 4:**   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | Case number *(If known)* | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| | **Skincare Line** | 5/8/17 | $0.00 | Recent cost | $3,000.00 |
|---|---|---|---|---|---|
| | **Medical Supplies** | | $0.00 | Recent cost | $3,600.00 |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$6,600.00

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ■ Yes. Book value ___0___ Valuation method _____ Current Value ___3300___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Furniture (See Exhibit B38 attached)** | $589.00 | | $589.00 |
| **Medical Equipment (See Exhibit B38 attached)** | $382.00 | | $382.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment (See Exhibit B38 attached)** | $209.00 | | $209.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Nelson Dermatology, PLLC**                                    Case number *(If known)*  **17-11536-BFK**
　　　　　　Name

collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                | $1,180.00 |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease of 7960 Donegan Drive, Suite 217, Manassas, VA 20109** | **Lease** | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**                                                                                | $0.00 |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor    **Nelson Dermatology, PLLC**
Name

Case number (If known)  **17-11536-BFK**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **http://www.nelsonskin.net/** | **$0.00** | | **$100.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **10,000 Patients / Year** | **$0.00** | | **$30,000.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** **Goodwill Professional - Dr. Jennell Nelson** | **$0.00** | | **$130,000.00** |
| **Goodwill - Practice - Nelson Dermatology** | **$0.00** | | **$20,000.00** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$180,100.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

<span style="background:black;color:white">Part 11:</span>    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** **The Hartford - Commercial and General Liability and Excess** | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | Case number *(If known)* **17-11536-BFK** |
| | Name | |

| | |
|---|---:|
| **Accident Fund Insurance Co.  - Workers Compensation** | $0.00 |
| **Norcal Mutual - Medical Malpractice for Dr. Arrington** | $0.00 |
| **United HealthCare - Employee Health Insurance** | $0.00 |
| **The Medical Protective - Medical Malpractice for Dr. Nelson** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claim against David C. Jones, Jr.** | | **Unknown** |
|---|---|---:|
| Nature of claim | **Legal Services Paid for and Not Received,  breach of contract** | |
| Amount requested | **$2,500.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---:|
| | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **Nelson Dermatology, PLLC** | Case number *(If known)* | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,100.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $8,609.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $81,360.04 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,600.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,180.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $180,100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $281,949.41 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $281,949.41 |

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Nelson Dermatology, PLLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **17-11536-BFK**

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelson Dermatology, PLLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **17-11536-BFK**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**County of Prince William**<br>**1 County Complex Ct**<br>**Woodbridge, VA 22192** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,147.67** | **$1,147.67** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$60,816.02** | **$55,316.12** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes 2016 and 2017** | | |
| | Last 4 digits of account number **8425**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    42526    Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.10 | $1,469.10 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**VA Dept. Taxation-Sales Tax**
**PO Box 1115**
**Richmond, VA 23218-1115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,729.00 | $4,729.00 |
|---|---|---|---|---|

**Virginia Commonwealth**
**PO Box 1115**
**Richmond, VA 23218-1115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Tax Withholdings**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.62 |
|---|---|---|---|

**4Imprint**
**101 Commerce Street**
**PO Box 320**
**Oshkosh, WI 54901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2182**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $593.40 |
|---|---|---|---|

**Artisan Laser Skin Care Center**
**12713 Galveston Court**
**Manassas, VA 20112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**BJ Kane and Company, P.C.**
**7006 Little River Turnpike**
**Suite L**
**Annandale, VA 22003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0001**

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | | Case number (if known)    **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,177.50** |
|---|---|---|---|

**Brown, Mobley & Way P.C.**
**Attn: Jackie Way**
**9161 Liberia Ave #100**
**Manassas, VA 20110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Accounting Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$420.23** |
|---|---|---|---|

**Caldwell Consultants**
**209 Midshipman Circle**
**Stafford, VA 22554**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __4/3/2017__

Basis for the claim: __IT Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$777.63** |
|---|---|---|---|

**Capital Document Solutions**
**12115 Parklawn Drive**
**Rockville, MD 20852**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$656.38** |
|---|---|---|---|

**Comcast Business**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Communication Services__

Last 4 digits of account number __2748__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,200.11** |
|---|---|---|---|

**Dell Financial Services**
**Po Box 81577**
**Austin, TX 78708-1577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,104.19** |
|---|---|---|---|

**Delta Locum Tenems, LLC**
**Four Hickory Centre**
**1755 Willington Place, Ste 175**
**Dallas, TX 75234**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Denise Hovington CPA**
**PO Box 1018**
**Woodbridge, VA 22195-1018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Accounting Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.11**

**Nonpriority creditor's name and mailing address**

**Dr. Susan K. Fitzgerald M.D.**
**8100 Ashton Avenue**
**Suite 207**
**Manassas, VA 20109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$982.46**

---

**3.12**

**Nonpriority creditor's name and mailing address**

**Everbank Commercial Finance**
**c/o Johnson, Morgan & White**
**6800 Broken Sound Parkway**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number  **3990**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$10,603.66**

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Foundation Care Pharmacy**
**4010 Wedgeway Court**
**Earth City, MO 63045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Iconnect - RxPc**
**21630 Ridgetop Circle**
**Suite 120**
**Sterling, VA 20166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,088.85**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Kaiser Foundation Health**
**of the MID**
**2101 E Jefferson Street**
**Rockville, MD 20852**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Insurance for Employees**

Is the claim subject to offset? ■ No ☐ Yes

**$7,672.32**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Laboratory Corp of America**
**PO Box 2240**
**Burlington, NC 27216-2240**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$257.90**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**McKesson Distribution**
**(Galderma Laboratories LP)**
**401 Mason Road**
**LaVergne, TN 37086**

Date(s) debt was incurred _

Last 4 digits of account number  **5979**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,878.73**

---

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.87**

**McKesson Medical-Surgical**
**aka McKesson Specialty Care**
**401 Mason Road**
**LaVergne, TN 37086**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __3434__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,458.95**

**McKesson Medical-Surgical Minn**
**Supply Inc. Successor to Next**
**Successor to Next Day Medical**
**LaVergne, TN 37086**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __3968__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,171.40**

**Merz Aesthetics**
**Merz North America, Inc**
**PO Box 912073**
**Denver, CO 80291-2073**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __1490__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00**

**Millenium Systems Intl**
**28 Eastmans Road**
**Parsippanny, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Miraca Life Sciences**
**PO Box 843829**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,653.56**

**Nixon Uniform Service & Med**
**500 Centerpoint Blvd**
**New Castle, DE 19720**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4771__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Northern Virginia Magazine**
**14104 Newbrook Drive**
**Suite 100**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $845.00 |
|---|---|---|---|

**Onstage Publications**
**1612 Prosser Avenue**
**Dayton, OH 45409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.25 |
|---|---|---|---|

**Paramount Service Corp.**
**aka Paramount Mechanical Corp.**
**7053 Gateway Court**
**Manassas, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4131**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,966.14 |
|---|---|---|---|

**Piedmont Medical Real Estate**
**c/o Doumar Martin PLLC**
**1530 Wilson Boulevard, Ste 430**
**Arlington, VA 22209**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $938.16 |
|---|---|---|---|

**Pitney Bowes Inc.**
**PO Box 371896**
**Pittsburgh, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease of Rental Equipment**

Last 4 digits of account number  **6297**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.18 |
|---|---|---|---|

**Pitney Bowes, Inc.**
**PO Box 371896**
**Pittsburgh, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease of Rental Equipment**

Last 4 digits of account number  **9223**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,372.31 |
|---|---|---|---|

**PNC Bank Credit Card**
**Manassas Crossroads**
**7800 Sudley Road**
**Manassas, VA 20108-2804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **8240**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,757.84 |
|---|---|---|---|

**Professional Media Corporation**
**t/a Your Health Magazine**
**4201 Northview Drive, Ste 102**
**Bowie, MD 20716**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|

Name

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,219.08**

**Quill**
PO Box 37600
Philadelphia, PA 19019-0600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4296__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Randi Kopf**
110 N. Washington Street
Suite 408
Rockville, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.26**

**Roberts Oxygen Company, Inc.**
15830 Redland Road
PO Box 5507
Rockville, MD 20855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __1370__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,079.56**

**Solor, Inc.**
1021 Shoal Creek Way
Easley, SC 29642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$379.00**

**Solutionreach**
2912 Executive Parkway
Suite 300
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __1788__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159.22**

**Stericycle**
PO Box 6582
Carol Stream, IL 60197-6582

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __8644__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,675.02**

**Sudley North, LLC**
9101 Gaither Road
Gaithersburg, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lease__

Last 4 digits of account number __330__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nelson Dermatology, PLLC**

Name

Case number (if known)   **17-11536-BFK**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.22** |
|---|---|---|---|

**Summers Laboratories**
**103i G.P Clement Drive**
**Collegeville, PA 19426-2044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$474.00** |
|---|---|---|---|

**Tangible Solutions**
**PO Box 488**
**Matthews, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4717**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,318.91** |
|---|---|---|---|

**Teltek Systems, Inc.**
**11521 Cronridge Drive**
**Suite A**
**Owings Mills, MD 21117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/26/2016**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TrueShred**
**PO Box 980**
**Gainesville, VA 20156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0730**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,211.40** |
|---|---|---|---|

**United Healthcare**
**PO Box 7082**
**Bridgeport, CT 06610-7082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$929.23** |
|---|---|---|---|

**Universal Companies, Inc.**
**18260 Oak Park Drive**
**Abingdon, VA 24210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1385**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,957.11** |
|---|---|---|---|

**Valeant Pharmaceuticals**
**3701 Concorde Pkwy**
**#800**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Weisco Signs**
**9073 Liberia Avenue**
**Manassas, VA 24210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.83** |
|---|---|---|---|

**ZirMed, Inc.**
**Attn: Accounting Dept.**
**888 W. Market Street, Ste 400**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2017**

Last 4 digits of account number  **6382**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A.R.M. Solutions, Inc**<br>PO Box 2929<br>Camarillo, CA 93011-2929 | Line  **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Allen Maxwell & Silver**<br>PO Box 540<br>Fair Lawn, NJ 07410 | Line  **3.29**<br><br>☐ Not listed. Explain ____ | **8593** |
| 4.3 | **Allen Maxwell & Silver**<br>PO Box 540<br>Fair Lawn, NJ 07410 | Line  **3.28**<br><br>☐ Not listed. Explain ____ | **8593** |
| 4.4 | **American Recovery Service, Inc**<br>555 St. Charles Drive<br>Suite 100<br>Thousand Oaks, CA 91360 | Line  **3.8**<br><br>☐ Not listed. Explain ____ | **1557** |
| 4.5 | **Andersen, Randall & Richards**<br>Attn:  Pamela J. Bim<br>5151 E. Broadway Blvd<br>Tucson, AZ 85711 | Line  **3.45**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Credit Mediators, Inc.**<br>PO Box 456<br>Upper Darby, PA 19082-0456 | Line  **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **David Straube**<br>Tsarouhis Law Group<br>21 S. 9th Street Ste 200<br>Allentown, PA 18102 | Line  **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Galderma Laboratories**<br>14501 N. Freeway<br>Fort Worth, TX 76177 | Line  **3.17**<br><br>☐ Not listed. Explain ____ | **5979** |

| Debtor | **Nelson Dermatology, PLLC** | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **GB Collects**<br>**145 Bradford Drive**<br>**W. Berlin, NJ 08091** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **John Ellington**<br>**Altus Global Trade Solutions**<br>**2400 Veterans Blvd Ste 300**<br>**Kenner, LA 70062** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jonathan A. Nelson**<br>**Juris Day, PLLC**<br>**10521 Judicial Drive, Ste 200**<br>**Fairfax, VA 22030** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Law Offices of Joel Cardis, LL**<br>**2006Swede Road**<br>**Suite 100**<br>**E. Norriton, PA 19401** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Legum Law, PLC**<br>**Attn:  Terry C. Legum, Esquire**<br>**4004 Williamsburg Court**<br>**Fairfax, VA 22032** | Line **3.19**<br>☐ Not listed. Explain ____ | **2001** |
| 4.14 | **Michael J. Smith**<br>**Dycio & Biggs**<br>**10533 Main Street**<br>**Fairfax, VA 22030** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 68,161.79 |
| 5b. Total claims from Part 2 | 5b. + | $ | 332,232.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 400,394.27 |

**Fill in this information to identify the case:**

Debtor name __**Nelson Dermatology, PLLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF VIRGINIA__

Case number (if known) __**17-11536-BFK**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance Receivables**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AARP**<br>**601 E. Street NW**<br>**Washington, DC 20049** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance Receivables**<br><br>State the term remaining<br><br>List the contract number of any government contract | **AARP Health**<br>**PO Box 740819**<br>**Atlanta, GA 30374-0819** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance - Workers Compensation**<br><br>State the term remaining<br><br>List the contract number of any government contract   **0002** | **Accident Fund**<br>**National Insurance Company**<br>**PO Box 77000 Dept. 77125**<br>**Detroit, MI 48277-0125** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest    **Insurance Receivables**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aetna, Inc.**<br>**PO Box 981104**<br>**El Paso, TX 79998-1104** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number *(if known)* | **17-11536-BFK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Aetna, Inc.** |
| | List the contract number of any government contract | | **PO Box 14079** **Lexington, KY 40512-4079** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Medical Supplies** | |
|---|---|---|---|
| | State the term remaining | | **Allergan** |
| | List the contract number of any government contract | **4265** | **12975 Collections Center Drive** **Chicago, IL 60693-0129** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Amerigroup** |
| | List the contract number of any government contract | | **PO Box 5446** **Richmond, VA 23220** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Anthem BCBS** |
| | List the contract number of any government contract | | **PO 27401** **Richmond, VA 23261-7401** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Anthem Health Keepers Plus** |
| | List the contract number of any government contract | | **PO Box 27401** **Richmond, VA 23261-7401** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Record and Billing Services** | |
|---|---|---|---|
| | State the term remaining | | **AthenaHealth** |
| | List the contract number of any | | **311 Arsenal Street** **Watertown, MA 02472** |

Debtor 1  **Nelson Dermatology, PLLC**
First Name        Middle Name         Last Name

Case number *(if known)*   **17-11536-BFK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Bankers Life and Casualty**<br>**PO Box 1935**<br>**Carmel, IN 46082-1935** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Blue Cross Blue Shield**<br>**PO Box 27401**<br>**Richmond, VA 23261-7401** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Care Credit**<br>**PO Box 965068**<br>**Orlando, FL 32896-5068** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Carefirst**<br>**PO Box 981633**<br>**El Paso, TX 79998-1633** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Carefirst Administrators**<br>**PO Box 981608**<br>**El Paso, TX 79998-1608** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
|  |  | **Carefirst BCBS**<br>**PO Box 981608**<br>**El Paso, TX 22038** |

| Debtor 1 | **Nelson Dermatology, PLLC** | | Case number *(if known)* | **17-11536-BFK** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract

---

**2.17.** State what the contract or
lease is for and the nature of
the debtor's interest        **Insurance Receivables**

State the term remaining

List the contract number of any            **Carefirst BCBS**
government contract            **PO Box 14416**
**Lexington, KY 40512-4416**

---

**2.18.** State what the contract or
lease is for and the nature of
the debtor's interest        **Insurance Receivables**

State the term remaining

List the contract number of any            **CareFirst Blue Choice**
government contract            **PO Box 14115**
**Lexington, KY 40512-4416**

---

**2.19.** State what the contract or
lease is for and the nature of
the debtor's interest        **Insurance Receivables**

State the term remaining

List the contract number of any            **Carefirst Blue Choice**
government contract            **PO Box 804**
**Owings Mill, MD 21170-0804**

---

**2.20.** State what the contract or
lease is for and the nature of
the debtor's interest        **Insurance Receivables**

State the term remaining

List the contract number of any            **Center for Medicaid & Medicare**
government contract            **7500 Security Boulevard**
**Baltimore, MD 21244**

---

**2.21.** State what the contract or
lease is for and the nature of
the debtor's interest        **Insurance Receivables**

State the term remaining

List the contract number of any            **CHAMPVA**
government contract            **PO 469064**
**Denver, CO 80246-9064**

---

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number (*if known*) | **17-11536-BFK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 5200**<br>**Scranton, PA 18505-5200** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 182223**<br>**Chattanooga, TN 37422-7223** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 5909**<br>**Scranton, PA 18505-5909** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 188061**<br>**Chattanooga, TN 18505-8061** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 188050**<br>**Chattanooga, TN 18505-8050** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Cigna**<br>**PO Box 188004**<br>**Chattanooga, TN 18505-8004** |
| | List the contract number of any | | |

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number (*if known*) | **17-11536-BFK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Communications Services** | |
|---|---|---|---|
| | State the term remaining | | **Comcast Business** |
| | List the contract number of any government contract | 2748 | **PO Box 37601** **Philadelphia, PA 19101-0601** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Communications Services** | |
|---|---|---|---|
| | State the term remaining | | **Comcast Communications** |
| | List the contract number of any government contract | 9011 | **PO Box 3005** **Southeastern, PA 19398-3005** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Compass Rose Health Plan** |
| | List the contract number of any government contract | | **PO Box 6430** **Annapolis, MD 21401** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **CoreSource** |
| | List the contract number of any government contract | | **PO Box 2920** **Clinton, IA 52733-2920** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Medical Supplies** | |
|---|---|---|---|
| | State the term remaining | | **Delasco** |
| | List the contract number of any government contract | | **608 13th Avenue** **Counsel Bluffs, IA 51501** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | **DMAS** **PO Box 27444** **Richmond, VA 23261-7444** |
|---|---|---|---|

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number *(if known)* | **17-11536-BFK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Medical Supplies** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DUSA Pharmaceuticals, Inc.**<br>**25 Upton Drive**<br>**Wilmington, MA 01887** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GEHA**<br>**PO Box 4665**<br>**Independence, MO 64051-4665** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **GEHA**<br>**PO Box 30783**<br>**Salt Lake City, UT 84130-0783** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Humana**<br>**PO Box 14601**<br>**Lexington, KS 40512-4601** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Humana Choice**<br>**PO Box 14601**<br>**Lexington, KY 40512-4601** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Nelson Dermatology, PLLC**
          First Name          Middle Name          Last Name          Case number (*if known*)   **17-11536-BFK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

**IHC Health Solutions**
**PO Box 21456**
**Saint Paul, MN 55121-1456**

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

**Innovation Health Insurance**
**PO Box 981106**
**El Paso, TX 79998-1106**

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

**INTOTAL Health**
**PO Box 61010**
**Virginia Beach, VA 23466-1010**

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Medical Malpractice Insurance**

State the term remaining

List the contract number of any government contract

**Medical Protective**
**23257 Network Place**
**Chicago, IL 60673-1232**

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

**Meritain Health**
**PO Box 853921**
**Richardson, TX 75085**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any

**MHBP**
**PO 8402**
**London, KY 40742**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number (*if known*) | **17-11536-BFK** |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Medispa Software** | |
| | State the term remaining | | **Millenium Systems Intl** |
| | List the contract number of any government contract | | **28 Eastmans Road** **Parsippanny, NJ 07054** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Malpractice Insurance for Dr. Arrington** | |
| | State the term remaining | | **Norcal Group** |
| | List the contract number of any government contract | | **PO Box 398054** **San Francisco, CA 94139-8054** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
| | State the term remaining | | **Palmetto GBA** |
| | List the contract number of any government contract | | **Mail Code AG600** **Columbia, SC 29201** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Rental Equipment** | |
| | State the term remaining | | **Pitney Bowes** |
| | List the contract number of any government contract | | **PO Box 371896** **Pittsburgh, PA 15250-7896** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Medical Supplies** | |
| | State the term remaining | | **Roberts Oxygen Company, Inc.** **15830 Redland Road** |
| | List the contract number of any government contract | | **PO Box 5507** **Rockville, MD 20855** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | **Selman & Company** **PO Box 2610** **Rockville, MD 20847** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Nelson Dermatology, PLLC** | | Case number *(if known)* | **17-11536-BFK** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
    government contract

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Biohazard Material Services** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

Sharps Compliance, Inc.
PO Box 52792
Lafayette, LA 70505-2792

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Records & Billing Services.** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

Solor, Inc.
1021 Shoal Creek Way
Easley, SC 29642

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Sofware Services** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

Solutionreach
2912 Executive Parkway
Suite 300
Lehi, UT 84043

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Rent** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

Sudley North, LLC
9101 Gaither Road
Gaithersburg, VA 20877

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Records & Billing Services.** |
|---|---|---|

State the term remaining

List the contract number of any
    government contract

Tangible Solutions
PO Box 488
Matthews, NC 28106

---

Debtor 1   **Nelson Dermatology, PLLC**
    First Name       Middle Name       Last Name       Case number (*if known*)   **17-11536-BFK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.**  State what the contract or lease is for and the nature of the debtor's interest — **Business / Commercial and General Liability Insurance**

State the term remaining

List the contract number of any government contract — **4806**

> The Hartford Insurance
> 2060 West Whispering Wind Dr. #267
> Phoenix, AR 85085

---

**2.57.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

> TrailBlazer
> PO Box 650208
> Dallas, TX 25262

---

**2.58.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

> Tricare
> PO Box 870140
> Surfside Beach, SC 29587-9740

---

**2.59.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

> Tricare Champ VA Supplement
> PO Box 2510
> Rockville, MD 20847

---

**2.60.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any government contract

> Tricare for Life
> PO Box 7890
> Madison, WI 53707

---

**2.61.**  State what the contract or lease is for and the nature of the debtor's interest — **Insurance Receivables**

State the term remaining

List the contract number of any

> UMR
> PO Box 30541
> Salt Lake City, UT 84130-0451

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Nelson Dermatology, PLLC**
First Name          Middle Name          Last Name          Case number (*if known*)    **17-11536-BFK**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UMR**<br>**PO Box 8095**<br>**Wausau, WI 54402-8095** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Health Care**<br>**PO Box 7082**<br>**Bridgeport, CT 06610-7082** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Health Care**<br>**PO Box 740825**<br>**Atlanta, GA 30374-0825** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Health Care**<br>**PO Box 30557**<br>**Salt Lake City, UT 84130-0557** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **United Health Care**<br>**PO Box 31362**<br>**Salt Lake City, UT 84130-0362** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | | | **United Health Care**<br>**PO Box 30555**<br>**Salt Lake City, UT 84130-0555** |

Debtor 1  **Nelson Dermatology, PLLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **17-11536-BFK**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Health Care**<br>**PO Box 30995**<br>**Salt Lake City, UT 84130-0995** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Health Care**<br>**PO Box 30884**<br>**Salt Lake City, UT 84130-0802** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Health Care**<br>**PO Box 740802**<br>**Atlanta, GA 30374** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Health Care**<br>**PO Box 740800**<br>**Atlanta, GA 30374-0800** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **United Health Care**<br>**PO Box 740809**<br>**Atlanta, GA 30374-0809** |

| Debtor 1 | **Nelson Dermatology, PLLC** | | Case number (*if known*) | **17-11536-BFK** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance - Employee Healthcare** | |
|---|---|---|---|
| | State the term remaining | | **United Healthcare 12018 Sunrise Valley Drive # 400 Reston, VA 20191** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **VA Financial Service PO Box 149344 Austin, TX 74714-9344** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Communications Services** | |
|---|---|---|---|
| | State the term remaining | | **Verizon 455 Duke Drive Franklin, TN 37067** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Veterans Choice Program PO Box 2748 Virginia Beach, VA 23450** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Receivables** | |
|---|---|---|---|
| | State the term remaining | | **Wellnet PO Box 270226 Minneapolis, MN 55427-0226** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Software Services** | |
|---|---|---|---|
| | State the term remaining | | **ZocDoc 568 Broadway New York, NY 30000** |
| | List the contract number of any | | |

| Debtor 1 | **Nelson Dermatology, PLLC** | | | Case number *(if known)* | **17-11536-BFK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  government contract | | |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Nelson Dermatology, PLLC**__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known) __**17-11536-BFK**__

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Dr. Jennell Nelson** | **8974 Yellowleg Court Gainesville, VA 20155** | **Sudley North, LLC** | ☐ D ____ <br> ■ E/F __3.38__ <br> ☐ G ____ |
| 2.2 | **Ernesto Flores** | **15645 Turtle Point Dr. Gainesville, VA 20155** | **PNC Bank Credit Card** | ☐ D ____ <br> ■ E/F __3.30__ <br> ☐ G ____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Nelson Dermatology, PLLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **17-11536-BFK**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$175,404.04** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$502,587.00** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$453,251.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

| Debtor | **Nelson Dermatology, PLLC** | | Case number (if known) | **17-11536-BFK** |
|---|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **Odin, Feldman & Pittleman, PC 1775 Wiehle Avenue Suite 400 Reston, VA 20190** | **February 8, 2017** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Services** |
| 3.2. | **Odin, Feldman & Pittleman P.C. 1775 Wiehle Avenue Suite 400 Reston, VA 20190** | **April 10, 2017** | **$1,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Services** |
| 3.3. | **Odin, Feldman & Pittleman P.C. 1775 Wiehle Avenue Suite 400 Reston, VA 20190** | **May 3, 2017** | **$5,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Services** |
| 3.4. | **Odin, Feldman & Pittleman P.C. 1775 Wiehle Avenue Suite 400 Reston, VA 20190** | **May 4, 2017** | **$5,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Legal Services** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Dr. Jennell Nelson** **Managing Member** | **May 5, 2016 - May 5, 2017** | **$79,001.48** | **Distributions (Contributions were $103,661.59)** |
| 4.2. | **Dr. Jennell Nelson** **Managing Member** | **May 5, 2016 - May 5, 2017** | **$45,300.00** | **Gross Payroll** |
| 4.3. | **Dr. Jennell Nelson** **Managing Member** | **June 29, 2016** | **$20,000.00** | **Purchase of medical equipment at Sheriff's Sale for $2260.00** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

Debtor   **Nelson Dermatology, PLLC**   Case number *(if known)* **17-11536-BFK**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Piedmont Medical Real Estate, LLC** | **Bank Account Garnishment** | **6/3/2016** | **$662.66** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Delta Locum Tenens, LLC v. Nelson Dermatology** CC-15-05538-E | **Breach of Contract** | **DALLAS COUNTY, TEXAS** 1201 Elm Street 21st and 22nd Floors Dallas, TX 75270 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Professional Media Corporation v. Nelson Dermatology** | **Breach of Contract** | **District Court of MD Prince George's Cty** 14735 Main Street Suite 173B Upper Marlboro, MD 20772 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Piedmont Medical Real Estate, LLC v. Nelson Dermatology** CL 17003141, 17003142, 17003143 | **CL 15007930, 15003887, 16000686, 16002028, 16006490, 17000384, 17000385, COLLECTION ACTIONS** | **Prince William Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Delta Locum Tenens, LLC v. Nelson Dermatology** CL 16004072 | **Collection Action** | **Prince William Circuit Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Henry Shein, Inc. v. Nelson Dermatology** GV 16007127 | **Collection Action** | **Prince William General District Court** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. **Caldwell Consultants v. Nelson Dermatology** GV 160181126 | **Collection Action** | **Prince William General District Court** | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | | Case number *(if known)* | **17-11536-BFK** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **Thomas Breeden PC v. Nelson Dermatology**<br>**GV 15016852** | **Collection Action** | **Prince William County GDC** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **McKesson Medical Surgical Top Holdings, Inc v. Nelson Dermatology**<br>**GV 16018126** | **Collection Action** | **Prince William GDC** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Nelson Dermatology, PLLC**                                    Case number *(if known)*   **17-11536-BFK**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Odin, Feldman & Pittleman P.C.** **1775 Wiehle Avenue** **Suite 400** **Reston, VA 20190** | | **May 5, 2017** | **$4,450.90** |
| | **Email or website address** **lauren.mckelvey@ofplaw.com** | | | |
| | **Who made the payment, if not debtor?** **Dr. Jennell Nelson** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Piedmont Medical Real Estate, LLC** | **Garnishment 2015 - 2017** | | **$16,861.89** |
| | **Relationship to debtor** | | | |
| 13.2. | **Delta Locum Tenems, LLC** | **Garnishment 2015-2016** | | **$2,208.16** |
| | **Relationship to debtor** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8100 Ashton Avenue** **Suite 207** **Manassas, VA 20108** | **4/2015 - 12/2015** |

Debtor   **Nelson Dermatology, PLLC**                                    Case number *(if known)*   **17-11536-BFK**

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.2. | **8140 Ashton Avenue Suite 115 Manassas, VA 20109** | **4/2010 - 4/2015** |

---

**Part 8:**   **Health Care Bankruptcies**

---

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   **Personally Identifiable Information**

---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
■  Yes. State the nature of the information collected and retained.

**Medical Records**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-9091** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **$0.00** |

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Debtor   **Nelson Dermatology, PLLC**                                    Case number *(if known)*   **17-11536-BFK**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nelson Dermatology, PLLC** | Case number *(if known)* **17-11536-BFK** |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Brown Mobley & Way P.C.** **Attn:  Jackie Way** **9161 Liberia Ave** **#100** **Manassas, VA 20110** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Brown Mobley & Way P.C.** **Attn: Jackie Way** **9161 Liberia Avenue** **#100** **Manassas, VA 20110** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Piedmont Medical Real Estate, LLC** |
| 26d.2. | **Delta Locum Tenems, LLC** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

Debtor **Nelson Dermatology, PLLC**      Case number *(if known)* **17-11536-BFK**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Dr. Jennell Nelson | 5/8/2017 | $3,600.00 / Cost Basis |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | Elizabeth Niaz |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Jennell Nelson | 8974 Yellowleg Court Gainesville, VA 20155 | Shareholder | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Dr. Jennell Nelson | $79,001.48 | May 5, 2016 - May 5, 2017 | Salary |
| | Relationship to debtor Managing Member | | | |
| 30.2. | Employee Payroll | 45,300.00 | May 5, 2016 - May 5, 2017 | Payroll |
| | Relationship to debtor Employees of Debtor | | | |
| 30.3. | Payroll Distributions & Contributions | 103,661.59 | | Payroll Distributions & Contributions |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Nelson Dermatology, PLLC**                                   Case number *(if known)*    **17-11536-BFK**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  1, 2017**

**/s/ Dr. Jennell E. Nelson**                             Dr. Jennell E. Nelson
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Nelson Dermatology, PLLC**    Case No. **17-11536-BFK**

Debtor(s)    Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dr. Jennell E. Nelson**<br>**8974 Yellowleg Court**<br>**Gainesville, VA 20155** | | | **Shareholder 100% Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 1, 2017**    Signature **/s/ Dr. Jennell E. Nelson**

**Dr. Jennell E. Nelson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.