

FILED

2017 NOV 15  P 5: 17

CLERK
US BANKRUPTCY
AL...

November 8, 2017

Lauren Friend McKelvey
Odin, Feldman & Pittleman, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190

Re:  *Nelson Dermatology, PLLC*, **Case Number 17-11536-BFK**

Dear Ms. McKelvey:

I am writing on behalf of Foundation Care, LLC, a creditor in the above-referenced bankruptcy matter. Pursuant to the Bankruptcy Court's Notice of Hearing on Disclosure Statement, please forward to my attention a copy of the Disclosure Statement for Nelson Dermatology, PLLC's Plan of Reorganization.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Nancy Blakeley
Nancy Blakeley